**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

MICHAEL W. MATTINGLY, et al.,

        Plaintiffs,

        v.

HUMANA HEALTH PLAN, INC., et al

        Defendants.

Case No. 1:15-cv-781

Dlott, J.
Bowman, M.J.

## REPORT AND RECOMMENDATION

This civil action is before the Court on Defendants' motion to dismiss Plaintiffs' complaint.  (Doc. 10).  However, subsequent to the filing of Defendants' motion to dismiss, the Court granted Plaintiff leave to file an amended complaint.  As such, Defendants' motion to dismiss is moot.  *See Ky. Press Ass'n, Inc. v. Ky.,* 355 F.Supp.2d 853, 857 (E.D.Ky.2005) ("Plaintiff's amended complaint supercedes the original complaint, thus making the motion to dismiss the original complaint moot.") (citing *Parry v. Mohawk Motors of Mich., Inc.,* 236 F.3d 299, 306 (6th Cir.2000)), *app. dis.,* 454 F.3d 505 (6th Cir.2006).

Because an amended complaint supersedes the original complaint, it is therefore **RECOMMENDED** that Defendants' motion to dismiss (Doc. 10) should be **DENIED without prejudice as moot.** *Drake v. City of Detroit,* 266 Fed. App'x 444, 448 (6th Cir.2008).

                                      */s Stephanie K. Bowman*
                                      Stephanie K. Bowman
                                      United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MICHAEL W. MATTINGLY, et al.,

        Plaintiffs,

        v.

HUMANA HEALTH PLAN, INC., et al

        Defendants.

Case No. 1:15-cv-781

Dlott, J.
Bowman, M.J.

### NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

2